| | | |
|---|---|---|
| Figueroa v Mandel | 1st Dept: 136 AD3d 534 | denied |
| Galbraith v Westchester County Health Care Corp. | 2d Dept: 140 AD3d 696 | denied |
| Griffith v ETH NEP, L.P. | 1st Dept: 140 AD3d 451 | denied |
| Hollander, Matter of, v Suffolk County Dept. of Social Servs., Child Support Enforcement Bur. | 2d Dept: 140 AD3d 1064 | denied |
| Ioveno v Schwartz | 2d Dept: 139 AD3d 1012 | denied |
| Maddox, Matter of, v Maddox | 2d Dept: 141 AD3d 529 | denied |
| Mason F., Matter of (Katlin G.—Louis F.) | 3d Dept: 141 AD3d 764 (Proceeding Nos. 1 and 2) | denied |
| Nizamuddeen, Matter of, v New York City Tr. Auth. | 2d Dept: 140 AD3d 880 | denied* |
| People v Hamlin | 2d Dept: 140 AD3d 842 | denied* |
| People v Sabin | 3d Dept: 139 AD3d 1282 | denied |
| People v Witherspoon | 4th Dept: 140 AD3d 1674 | denied |
| Razinski v 136 Field Point Circle Holding Co. LLC | 1st Dept: 136 AD3d 436 | denied |
| Richardson, Matter of, v New York City Hous. Auth. | 1st Dept: 136 AD3d 484 | denied |
| S.B. v Caledonia-Mumford Cent. Sch. | 4th Dept: 140 AD3d 1619 | denied |
| Star Meth Corp. v Steiner | 1st Dept: 134 AD3d 555 | denied |
| Wally G. v New York City Health & Hosps. Corp. (Metro. Hosp.) | 1st Dept: 120 AD3d 1082 | denied |
| Williams v City of New York | 2d Dept: 134 AD3d 809 | denied |

## Decided October 27, 2016

| | | |
|---|---|---|
| County of Broome, Matter of, v Shah | 3d Dept: 130 AD3d 1347 | granted |
| Garcia, Matter of, v Morris | 3d Dept: 140 AD3d 1441 | denied |
| Garguilo v Port Auth. of N.Y. & N.J. | 1st Dept: 137 AD3d 708 | denied |
| Hamilton, Matter of, v Alley | 4th Dept: 137 AD3d 1564 | denied |
| Knickerbocker Dev. Corp. v State of New York | 3d Dept: 140 AD3d 1444 | denied |
| Lakeside Realty LLC v County of Sullivan | 3d Dept: 140 AD3d 1450 | denied |
| Lin Shi v Alexandratos | 1st Dept: 137 AD3d 451 | denied |

* Motion for poor person relief dismissed as academic or denied.